**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re:

23ANDME, INC., Customer Data Security
Breach Litigation

MDL No.  3098

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 29, 2024, copies of the foregoing Notice of Presentation of Oral Argument were served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System, which will send notification of such filing to all counsel of record registered as CM/ECF users.

Respectfully submitted,

DATED:  February 29, 2024

By:  _/s/ Ian C. Ballon_
Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe
Pharmacy Holdings, Inc., 23andMe Holding Co.*

1